**ORIGINAL**

1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

6  STACEY HERTER, SBN 185366
   **GREENBERG TRAURIG, LLP**
7  650 Town Center Drive, Suite 1700
8  Costa Mesa, CA  92626
   Telephone: (714) 708-6500
9  Facsimile:  (714) 708-6501

10 Attorney for Defendant Food 4 Less of California, Inc.

11
   ALLISON ALPERT, SBN 199257
12 **BEST BEST & KRIEGER**
   655 West Broadway, 15th Floor
13 San Diego, CA  92101
   Telephone: (619) 525-1300
14 Facsimile:  (619) 233-6118

15
16 Attorney for Defendant Lakha Properties San Diego, LLC

17

18                  UNITED STATES DISTRICT COURT
19                       SOUTHERN DISTRICT
20

| | |
|---|---|
| 21  LARY FEEZOR, | Case No. 06cv1047 LAB (WMc) |
| 22         Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 23         vs. | **AND [PROPOSED] ORDER** |
| 24  FOOD 4 LESS of CALIFORNIA, INC. | **THEREON** |
| 25  dba FOOD 4 LESS #374; LAKHA PROPERTIES SAN DIEGO, LLC, | |
| 26 | |
| 27         Defendants. | |
| 28 | |

TO THE COURT AND ALL PARTIES:

IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement between plaintiff, LARY FEEZOR, and defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action as to defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 **only**, with each party to bear their own attorney's fees and costs.

The dismissal with prejudice shall dismiss the action as to defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 **only**.

The Magistrate Judge shall retain jurisdiction over all disputes among the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

Dated: 9/28/06

DISABLED ADVOCACY GROUP, APLC

_____
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: _____

GREENBERG TRAURIG, LLP

_____
STACEY HERTER
Attorney for Defendant Food 4 Less of California, Inc. dba Food 4 Less #374

Dated: _____

BEST BEST & KRIEGER

_____
ALLISON ALPERT
Attorney for Defendant Lakha Properties San Diego, LLC

Feezor v. Food 4 Less of California, Inc., et al
Case No. 06cv1047 LAB (WMc)

Stipulation for Dismissal of Defendant
Food 4 Less of California, Inc.

TO THE COURT AND ALL PARTIES:

IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement between plaintiff, LARY FEEZOR, and defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action as to defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 only, with each party to bear their own attorney's fees and costs.

The dismissal with prejudice shall dismiss the action as to defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 only.

The Magistrate Judge shall retain jurisdiction over all disputes among the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

Dated: _____

DISABLED ADVOCACY GROUP, APLC

_____
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: 9/19/06

GREENBERG TRAURIG, LLP

_____
STACEY HERTER
Attorney for Defendant Food 4 Less of California, Inc. dba Food 4 Less #374

Dated: _____

BEST BEST & KRIEGER

_____
ALLISON ALPERT
Attorney for Defendant Lakha Properties San Diego, LLC

Feezor v. Food 4 Less of California, Inc., et al
Case No. 06cv1047 LAB (WMc)

Stipulation for Dismissal of Defendant
Food 4 Less of California, Inc.

1  TO THE COURT AND ALL PARTIES:

2      IT IS HEREBY STIPULATED, pursuant to a settlement and release
3  agreement between plaintiff, LARY FEEZOR, and defendant FOOD 4 LESS of
4  CALIFORNIA, INC. dba FOOD 4 LESS #374, that this Court enter a dismissal
5  with prejudice of plaintiff's complaint in the above-entitled action as to defendant
6  FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 only, with each
7  party to bear their own attorney's fees and costs.

   The dismissal with prejudice shall dismiss the action as to defendant
8  FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 only.
9
   The Magistrate Judge shall retain jurisdiction over all disputes among the
10 parties arising out of the Settlement Agreement, including but not limited to
11 interpretation and enforcement of the terms of the Settlement Agreement.

12 Dated: _____            DISABLED ADVOCACY GROUP, APLC
13
14                             _____
15                             LYNN HUBBARD, III
                               Attorney for Plaintiff
16
17 Dated: _____            GREENBERG TRAURIG, LLP
18
19                             _____
                               STACEY HERTER
20                             Attorney for Defendant Food 4 Less of
                               California, Inc. dba Food 4 Less #374
21
22 Dated: 9/27/06               BEST BEST & KRIEGER
23
24                             _____
                               ALLISON ALPERT
25                             Attorney for Defendant Lakha Properties San
                               Diego, LLC
26
27
28

Feezor v. Food 4 Less of California, Inc., et al          Stipulation for Dismissal of Defendant
Case No. 06cv1047 LAB (WMc)                               Food 4 Less of California, Inc.

## ORDER ON STIPULATION FOR DISMISSAL

Having read the foregoing, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice as to defendant FOOD 4 LESS of CALIFORNIA, INC. dba FOOD 4 LESS #374 **only**.

IT IS SO ORDERED.

Date: 10-4-06

_Larry A. Burns_
Judge of the District Court

Feezor v. Food 4 Less of California, Inc., et al
Case No. 06cv1047 LAB (WMc)

Stipulation for Dismissal of Defendant
Food 4 Less of California, Inc.