FILED

2006 OCT 11  PM 2: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR,<br><br>                                        Plaintiff,<br>        vs.<br>FOOD 4 LESS OF CALIFORNIA et al.,<br><br>                                        Defendant. | CASE NO. 06 cv 1047 LAB (WMc)<br><br>**ORDER** |

On October 11, 2006, the Court convened a Status Conference in the above-entitled action. Scott Hubbard appeared for Plaintiff. Alison Alpert appeared for Defendant.

The Court shall hold a further telephonic Status Conference on ***October 27, 2006* at 2:30 p.m.** **Plaintiff's counsel is ordered to contact defense counsel and make a joint call to the Court at (619) 557-6624.**

IT IS SO ORDERED.

Date:   October 11, 2006

William McCurine, Jr.
United States Magistrate Judge

- 1 -