1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

LARRY FEEZOR,

12

Plaintiff,

vs.

13

FOOD 4 LESS OF CALIFORNIA, INC.,
DBA FOOD 4 LESS #374; LAKHA

14

PROPERTIES SAN DIEGO, LLC

15

Defendant.

CASE NO. 06cv1047 LAB (WMc)

**ORDER OF DISMISSAL**

16
17       On October 6, 2006, the Court issued an order dismissing Food 4 Less of California,

18   Inc. as a party, leaving Lakha Properties San Diego, LLC ("Lakha Properties") as the sole

19   remaining Defendant.  On October 25, 2006, the parties jointly moved to dismiss Defendant

20   Lakha Properties and included as a term the provision that the Magistrate Judge would

21   retain jurisdiction to interpret and enforce the settlement agreement.  Under ¶ 3(a) of the

22   Court's Standing Order, such a motion is to be signed by <u>all parties and their counsel</u>.

23   Because the parties themselves did not sign this joint motion, and no separate consent form

24   was filed or submitted, the joint motion was not granted.

25       On April 27, 2007, the remaining parties submitted a joint motion to dismiss, omitting

26   the provision regarding the Magistrate Judge's jurisdiction.  The Court therefore **GRANTS**

27   / / /

28   / / /

this joint motion.  This action is hereby **DISMISSED WITH PREJUDICE** in its entirety.  The parties shall bear their own attorney's fees and costs.  The joint motion filed on October 6, 2006 is **DENIED AS MOOT**.

   **IT IS SO ORDERED**.

DATED:  May 6, 2007

**HONORABLE LARRY ALAN BURNS**
United States District Judge